ROSALIE H. GOWAN, Appellant, v PAUL A. MENGA, Respondent.—Motion for poor person relief denied with leave to renew upon a submission of an affidavit as required by CPLR 1101 (a). Present—Callahan, J. P., Boomer, Green, Balio and Davis, JJ.

LOUIS J. BIELLI, JR., Appellant, v WAYNE C. COBADO, Respondent.—Motion to vacate dismissal of appeal from abandonment dismissed as untimely (see, 22 NYCRR 1000.3 [b] [2] [i]). Present—Callahan, J. P., Boomer, Green, Balio and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL LUCARIELLO, Appellant.—Motion for leave to file a pro se supplemental brief denied. Memorandum: Appellant's motion for leave to file a pro se supplemental brief is untimely. This appeal was submitted at the June term of court and is pending determination. Further, appellant fails to set forth any deficiencies in his counsel's brief or additional arguments which merit our consideration. Present—Dillon, P. J., Boomer, Pine and Lawton, JJ. (Order entered Sept. 26, 1989.)